UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                    Case No. 13-30162-DHW
                                          Chapter 13
Albert Dotson,

     Debtor(s).

**ORDER DENYING MOTION TO DISMISS BANKRUPTCY CASE**

The chapter 13 trustee filed a motion under 11 U.S.C. § 1307 to dismiss this case.

In accordance with the ruling in open court the motion is DENIED.

Done this 17th day of December, 2014.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:     Debtor
       Richard D. Shinbaum, Attorney for Debtor
       Curtis C. Reding, Trustee